IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KYLE MOON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 04-907-DRH** |
| ) | |
| **SOUTHEASTERN ILLINOIS COLLEGE** ) | |
| **and PAM TURNER,** ) | |
| ) | |
| **Defendants.** ) | |

## **JUDGMENT**

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as frivolous.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

May 24, 2005                               By:   /s/   David R Herndon
*Date*                                                  *District Judge*